**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **BRIAN KEITH SPIVEY,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:14cv00025** |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **HAYSI ADULT DETENTION FACILITY/** | ) | |
| **SOUTHWEST VIRGINIA REGIONAL JAIL** | ) | **By: Norman K. Moon** |
| **AUTHORITY,** *et al.*, | ) | **United States District Judge** |
| **Defendants.** | ) | |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Spivey's 42 U.S.C. § 1983 complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and this action shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this order and accompanying memorandum opinion to the parties.

ENTER: This 10th day of February, 2014.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE